IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL J. ABSHURE**  PLAINTIFF
*#264866*

v.   CASE NO. 4:23-CV-01090-BSM

**BROWN,** *et al.*  DEFENDANTS

### ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 6] is adopted. Michael Abshure's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted. It is recommended that this dismissal count as a "strike" within the meaning of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 22nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE