IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL J. ABSHURE**  **PLAINTIFF**
*#264866*

v. CASE NO. 4:23-CV-01090-BSM

**BROWN,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE